UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donna Hernandez, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>RxC Acquisition Company and CoverMyMeds, LLC,<br><br>Defendants. | Case No.: 2:23-cv-02154-RJC<br><br>JOINT MOTION FOR SETTLEMENT APPROVAL |

Named Plaintiff Donna Hernandez and Defendants RxC Acquisition Company and CoverMyMeds, LLC, by and through their undersigned counsel, hereby submit this Joint Motion for Settlement Approval. The Parties seek approval of a Fair Labor Standards Act ("FLSA") collective action settlement under 29 U.S.C. § 216(b). This Joint Motion is made, and the collective action certified, only as a condition of and for the purpose of the settlement reached between the Parties. In connection with this settlement, the Parties respectfully move the Court for the following:

1. An Order approving the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute over wages allegedly owed under the FLSA. The Settlement Agreement is binding on Named Plaintiff, all FLSA Opt-in Plaintiffs, and Defendants, as defined in the Settlement Agreement and this Order;

2. An Order conditionally certifying the FLSA Collective for settlement purposes only under 29 U.S.C. § 216(b);

3. An Order approving the Notice attached as Exhibit A to the Settlement Agreement to be distributed to all FLSA Collective members;

4. An Order approving dissemination of the Notice by First Class Mail and email to the FLSA

Collective and that dissemination of the Notice by First Class Mail and email constitutes the best notice practicable under the circumstances, including individual notice to all members of the FLSA Collective who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to the members of the FLSA Collective in full compliance with the requirements of 29 U.S.C. § 216(b);

5. An Order appointing Apex Class Action as the Settlement Administrator and approving payment of its fees from the Settlement Fund as stated in the Settlement Agreement;

6. An Order approving the service award to Named Plaintiff Hernandez to be paid out of the Settlement Fund as stated in the Settlement Agreement;

7. An Order approving Plaintiff's Counsel's request for attorneys' fees equal to 1/3 of the Settlement Fund and to be paid from the Settlement Fund;

8. An Order approving Plaintiff's Counsel's reasonable costs in this matter in the amount of $8,504.67 to be paid from the Settlement Fund;

9. An Order directing the Parties and Settlement Administrator to implement the Settlement Agreement in accordance with its terms; and

10. An Order dismissing this matter with prejudice.

Dated: September 26, 2024                    Respectfully Submitted,

By: s/ *Jacob R. Rusch*                      By: s/ *Eric R. Magnus* (with permission)
Jacob R. Rusch (MN Bar No. 0391892)*         Danielle M. Parks
Zackary S. Kaylor (MN Bar No. 0400854)*      **JACKSON LEWIS, P.C.**
**JOHNSON BECKER, PLLC**                     Liberty Center
444 Cedar Street, Suite 1800                 1001 Liberty Avenue, Suite 1000
Saint Paul, MN 55101                         Pittsburgh, PA 15222
T: 612-436-1800                              E: danielle.parks@jacksonlewis.com
F: 612-436-1801
E: jrusch@johnsonbecker.com                  Eric R. Magnus (GA Bar No. 801405)*
E: zkaylor@johnsonbecker.com                 **JACKSON LEWIS, P.C.**
                                             171 17th St., NW, Suite 1200
*Lead Attorneys for Plaintiff*               Atlanta, GA 30363

2

| | |
|---|---|
| Ken Grunfeld (PA Bar No. 84121)<br>**KOPELOWITZ OSTROW**<br>**FERGUSON WEISELBERG GILBERT**<br>65 Overhill Road<br>Bala Cynwyd, PA 19004<br>T: 954:525-4100<br>E: grunfeld@kolawyers.com<br><br>*Local Counsel for Plaintiff*<br><br>\**Admitted Pro Hac Vice* | T: 404-586-1820<br>F: 404-525-1173<br>E: eric.magnus@jacksonlewis.com<br><br>*Attorneys for Defendants* |