UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Donna Hernandez, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>RxC Acquisition Company and CoverMyMeds, LLC,<br><br>    Defendants. | Case No.: 2:23-cv-02154-RJC<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL** |

The Court, having considered the Parties' Joint Motion for Settlement Approval ("Joint Motion"), all of the submissions and arguments with respect to the Joint Motion, the Settlement Agreement, and for good cause appearing,

**IT IS THEREFORE ORDERED:**

1. The Joint Motion is **GRANTED**;

2. The Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over wages allegedly owed under the FLSA. The Settlement Agreement is binding on Named Plaintiff, all FLSA Opt-in Plaintiffs, and Defendants, as defined in the Settlement Agreement;

3. The FLSA Collective as defined in the Settlement Agreement is conditionally certified under 29 U.S.C. § 216(b) for settlement purposes only;

4. The Notice attached as Exhibit A to the Settlement Agreement to be distributed to all FLSA Collective members is **APPROVED**;

5. The dissemination of the Notice by First Class Mail and email to the FLSA Collective and that dissemination of the Notice by First Class Mail and email constitutes the best notice practicable under the circumstances, including individual notice to all members of the

FLSA Collective who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to the members of the FLSA Collective in full compliance with the requirements of 29 U.S.C. § 216(b);

6. Apex Class Action is appointed as the Settlement Administrator and its fees shall be paid from the Settlement Fund as stated in the Settlement Agreement;

7. The service award to Named Plaintiff Hernandez to be paid out of the Settlement Fund as stated in the Settlement Agreement is **APPROVED**;

8. Plaintiff's Counsel's request for attorneys' fees equal to 1/3 of the Settlement Fund and to be paid from the Settlement Fund is **APPROVED**;

9. Plaintiff's Counsel's reasonable costs in this matter in the amount of $8,504.67 to be paid from the Settlement Fund are **APPROVED**;

10. The Parties and Settlement Administrator are directed to implement the Settlement Agreement in accordance with its terms; and

11. This matter is dismissed with prejudice.

DATED this 21st day of October, 2024.

s/*Robert J. Colville*
Robert J. Colville
United States District Judge